CARRIE L. HARRISON, PLAINTIFF IN ERROR, v. BOROUGH
OF MADISON ET AL., DEFENDANTS IN ERROR.

Argued June 20, 1911—Decided November 20, 1911.

On error to the Supreme Court, whose opinion is reported in
52 *Vroom* 21.

For the plaintiff in error, *Frank H. Sommer.*

For the defendants in error, *Charles A. Rathbun.*

PER CURIAM.

We agree with the view expressed by the Supreme Court that at the time of the adoption of the ordinance under review Mr. Downs was *de facto* mayor of the borough of Madison, acting under color of authority, and that his approval of the ordinance was therefore sufficient to give it validity.

We find it unnecessary to express an opinion upon the question whether he was *de jure* mayor.

The judgment under review should be affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, BERGEN, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, JJ.   10.

*For reversal*—None.